THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAKE
SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY,
Appellant, *v.* EDWARD J. BROWN et al., as Assessors
of the Town of Evans, Respondents.

, SAME, Appellant, *v.* SAME, Respondents.

*People ex rel. Lake Shore & M. S. Ry. Co.* v. *Brown,* 173 App. Div.
956, appeals dismissed.
(Argued January 12, 1917; decided January 30, 1917.)

APPEAL, in each of the above-entitled proceedings, from
a judgment of the Appellate Division of the Supreme
Court in the fourth judicial department, entered April 28,
.1916, which affirmed a judgment of Special Term dis-
missing a writ of certiorari to review an assessment upon
real estate of relator in the town of Evans.

*Howard R. Sturtevant* for appellant.

*Walter W. Chamberlain* for respondents.

Appeals dismissed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK,
HOGAN, CARDOZO and POUND, JJ.